Date: 01/03/11                                                                                                                                   Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-40816 - PRATER THORP, LESLEY L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | 000002 | 363.07 | 4.67 |
| ---------- Remittance Total --------------- | | 363.07 | 4.67 |

TIMOTHY D. MORATZKA, Trustee

